FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2014 DEC 11 PM 12:48

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DUSTIN DALE CROGHAN, on behalf of )
himself and his two minor children )
represent, )
)
█████████████ K.M.E.C )  Case No. 4:14CV3238 LSC/ProSe
)
█████████████ E.L.G. )  COMPLAINT FOR INJUNCTIVE
) AND DECLATORY RELIEF
Plaintiffs, )
)
v. )
)
JOHN BRUNNING )
Nebraska Attorney General, in his official & private )
 capacity )
)
LIZ EBERLY )
NEBRASKA ATTORNEY GENERAL )
Director of constituent complaints, in her official & )
 individual capacity; )
)
SHANNON ANDERSON , )
NEBRASKA DEPARTMENT OF )
ADMINISTRATIVE SERVICES )
, Risk Manager, in her official & individual capacity; )
)
THOMAS PRISTOW, )
NEBRASKA HEALTH AND )
HUMAN SERVICES, Director, )
in his official & individual capacity; )
)
BYRON VANPATTEN, )
NEBRASKA HEALTH AND )
HUMAN SERVICES, Administrator of the Child )
Support Enforcement and Director's Designee, )
in his official & individual capacity; )
)
DENISE DREKE, )
NEBRASKA HEALTH AND )
HUMAN SERVICES, District Supervisor, )
in her official & individual capacity; )
)
PAUL D. MERRITT, JR, )
NEBRASKA DISTRICT COURTS, Judge )
of the District Court, 3rd Judicial District, )
in his official & individual capacity; )
)
PATRICIA A. LAMBERTY )

1

| | |
|---|---|
| NEBRASKA DISTRICT COURTS, Judge of the District Court, 4th Judicial District, in her official & individual capacity; | ) ) ) ) |
| W. MARK ASHFORD, NEBRASKA DISTRICT COURTS, Judge of the District Court, 4th Judicial District, in his official & individual capacity; | ) ) ) ) ) |
| DOUGLAS JOHNSON 4TH JUDICIAL DISTRICT COURT OF NEBRASKA ADMINISTRATOR'S OFFICE Court Administrator, in his official & individual capacity: | ) ) ) ) ) ) |
| JOE KELLY STATE BAR NUMBER LANCASTER COUNTY ATTORNEY'S OFFICE Lancaster County Attorney, in his official & individual capacity; | ) ) ) ) ) |
| JESSICA MURPHY STATE BAR #25282 LANCASTER COUNTY ATTORNEY'S OFFICE Deputy Lancaster County Attorney, in her official capacity; | ) ) ) ) ) ) |
| SAMUAL JOHN COOPER BAR #24929 LANCASTER COUNTY ATTORNEY'S OFFICE Deputy Lancaster County Attorney, in his official & individual capacity; | ) ) ) ) ) |
| TERRANCE A. POPPE STATE BAR # 16027 NEBRASKA STATE BAR ASSOCIATION Nebraska Attorney, in his official & individual capacity, | ) ) ) ) ) |
| M. SCOTT VANDERSCHAFF STATE BAR # NEBRASKA STATE BAR ASSOCIATION, Nebraska Attorney, in his official and Individual capacity, | ) ) ) ) ) |
| RYAN JOHN LEWIS STATE BAR # 22108 NEBRASKA STATE BAR ASSOCIATION, Nebraska Attorney, in his official & individual Capacity, | ) ) ) ) ) |
| CHRISTOPHER A. PFANSTIEL BAR # 21846 NEBRASKA STATE BAR ASSOCIATION, Nebraska Attorney, in his official Capacity, | ) ) ) ) |

2

| | |
|---|---|
| NEBRASKA STATE PATROL, | ) |
| Joe Hansen ,Investigator, badge number 116, | ) |
| in his official & individual capacity, | ) |
| | ) |
| NEBRASKA STATE PATROL et al | ) |
| Numerous Unidentified Officers, | ) |
| in their official & individual capacities; | ) |
| | ) |
| TOM MCCASLIN | ) |
| OMAHA POLICE DEPT. | ) |
| Narcotics intelligence squad, in his official & | ) |
| individual capacity. | ) |
| | ) |
| OMAHA POLICE DEPTARTMENT et al | ) |
| Numerous Unidentified Officers, | ) |
| in their official & individual capacities; | ) |

The Plaintiff, Dustin Dale Croghan, as myself, and on behalf of my minor children, hereby files this federal complaint for injunctive relief and money damages for acts such as conspiracy, retaliation, child abduction, and fraud under 42 U.S.C. §§1983 and1988 as well as 31:3729 False Claims Act, RICO, Clearfield Doctrine, Stripping Doctrine, violation of human rights and constitutional laws and liberties as well as every other doctrine, law and act that the federal government is aware of that would apply after reading this complaint and affidavit. Each and every defendant is named with no immunity as in the clear absence of respect for human life and liberty without a shadow of a doubt. The discovery of these acts in which entitle myself and my children to relief did occur within the statute of limitations for each and every violation of rights and each and every listed herein.

## STATEMENT OF CLAIM(S) AND AFFIDAVIT

The Plaintiff, Dustin Dale Croghan, herein referred to as I, am a lifetime civil rights and internet activist. I also am living proof of holistic and alternative healing effects. I have had atrocious acts of abuse, retaliation, fraud, as well as federal crimes committed against me by the State of Nebraska and officials who are employees of this state. I have given the state every opportunity to redress these grievances privately and administratively and have had been completely ignored and the instances continually covered up. It is just recently that I 100 percent without a shadow of a doubt became aware of the acts against me being deliberate criminal acts. Especially, after becoming familiar with LB 22 and the fact that allegations continue to be fabricated about my me and my children are being used for profit.

I am sane, competent, mentally fit, honest, and a human being with rights secured to me. I have my children's best interest at heart at all times and have their entire lives.

Because of these actions against me, the majority of my former friends and family have taken advantage of me, taken credit for my work, and been involved in slander and liable. I am preparing lawsuits for state court . I am also preparing federal and state lawsuits in Illinois.

3

In each and every case involving my children I have had false allegations of abuse and fabricated protection orders used by Nebraska officials and employees and Nebraska BAR attorney's.

I have never in my life committed any crimes or acts that would deprive my children of anything and the amount of love I have for them is endless. My life has been dedicated to them. My life purpose is protecting my children's future freedoms as well as America as a whole.

The State of Nebraska, Judge Paul D. Merritt Jr., The Nebraska Health and Human Services CPS, other Nebraska and an Terrence A. Poppe were all involved in horrendous acts, violations of human and constitutional rights, and willfully committed conspiracy, fraud, and deceit against me in a court case in Lancaster County. Nebraska District Judge Merritt was involved and I was accused of "strangling" and/or "choking" my daughter in a target in Lincoln Nebraska. I was also accused of abusing my daughters mother. I not once ever in my life abused my children or the mothers of my children in any way. At that time I did have a contracts that were considered prestigious including one that allowed me to work with the Nebraska Cornhusker football program.

That very same Target store that I was accused of choking my daughter had cameras, yet I still was placed in a lengthy trial that placed an enormous financial and emotion burden that is not possible for me to describe by words. Also during this court case, my child support was increased to amounts I could not afford and the order to raise the child support was back dated.

Right after that particular case ended, almost immediately, a motion was put in to find me in contempt of court for not paying the back dated child support. I was found in contempt of court.

Because the severity of this case I did hire an attorney and paid what, relative to me, was very large fees. None of that was taken into consideration before placing me into contempt. I was absolutely baffled and devastated and during the hearing I told Judge Merritt to just through me in jail because I could not take this anymore. Without a shadow of a doubt it is evident that the State of Nebraska, including defendants listed above, encouraged and dramatized the allegations against me for profit and used blackmail and extortion. It has just recently become obvious that the state of Nebraska encourages false allegations and participates in this type of behavior often.

The next court case involving my children was with Douglas County Judge Patricia Lamberty and an attorney named M. Scott Vanderschaff. The fraud in that case was the deliberate miscalculation of Child Support by M. Scott Vanderschaff. During this time I overheard ex parte communications between the Judge and Scott VanderShaff as well mistruths being discussed. After protesting the miscalculation, the Judge did correct the issue.. Also during this time, I did find out that Scott VanderShaff did approach my son's mother to have a personal relationship. I believe the miscalculation of child support and his action with her were connected. Shortly after that case was dismissed because I believed my son's mother and I were about to marry.
Shortly after my son's mother did leave and gave me no contact or information. I was alarmed and lied to by a large amount of people.

4

I filed an action again and my son's mother was served in Nebraska. All of the sudden my son's mother's attorney came into a very brief hearing. His name was Chris Pfanstiel. My son's mother was not in Chicago and the attorney representing her case, Chris Pfanstiel, I believe did know that my son was not located in the state of Illinois. Even if she was, Nebraska still had Jurisdiction of my son because Nebraska law gives 6 months jurisdiction to this state and yet the judge stated that Nebraska did not have jurisdiction. The case was dismissed instantly.

I filed another action in court and hired an attorney by the name of Mike Bianchi and began to search for my child. Nobody in Chicago had ever seen or heard of his mother. I was panicked and extremely overwhelmed beyond words.

During this time I receive a DUI and then I had a liver transplant. The liver transplant was 100 percent without a shadow of a doubt unrelated to Alcohol abuse. I had to relearn how to walk again and regain organ function. I do plan other legal action involving this instance and not only is it unrelated to the actions of harm against me involving my children, it is confidential at this time due to the pending legal action. I am unsure if this is a federal or state matter.

My attorney at the time, Nebraska Attorney Mike Bianchi, had handled most of the legalities while I learned to walk and regain normal bodily functions. I had supervised visitations with my son and at that time it was unknown if I would still live.

I was almost immediately hit with IRS audits after my transplant. At that time I was also being charged an astronomical amount of attorney fees by Mike Bianchi. My case was not being handled in a timely and cost effective manner, I was never told anything and due to the extreme stress I knew I could do things better myself. I do not believe people had the best interest of my child at heart. Mike would not return my phone calls and tell me what was going on yet he was charging me money for services and so I started to contact the opposing counsel myself. Mike Bianchi immediately contacted me and told me not to do so. Surprisingly enough, this was the only way to get a hold of him in a timely manner. After that I was still extremely ill and during a motion Mike Bianchi told me that I was going to have to go to Chicago. I did not and do not know what that meant but with all the money I already paid I told him he was fired. During that motion I was trying to get him to submit a legal document I did myself. Mike Bianchi still tried to collect all my attorney fees and made threats to turn me into collections.

At some point around this time, I submitted an application for child support modification with my daughter's child support case. I was informed it was denied. As of this very date today there is conflicting stories as of why it was denied. From what I recall I put in a motion in court to have the child support modified and my case worker called me and told me she denied that because I did not serve her on it. She then did tell me to put in form with her office to have it administratively lowered in which I did. Now, as of this date it is being claimed to me that the exact opposite happened. None the less, the state was notified in both circumstances and the state had the obligation to reduce my child support.

The guidelines to reduce my support were met without a shadow of a doubt that a variation by 10 percent or more, but not less than $25, upward or downward, of the current child support obligation, child care obligation, or health care obligation, due to financial circumstances which have lasted 3 months and can

5

reasonably be expected to last for an additional 6 months, establishes a rebuttable presumption of a material change of circumstances.

Material change of circumstances was proven to the state of Nebraska after I had another child and after I had a liver transplant. Not to mention I am now, 100 percent certain, the child support order was obtained illegally to begin with. The university of Nebraska Medical Center transplant social worker had also sent letters to the state of Nebraska yet they denied my application for modification.

I became completely financially overburdened and the defendants listed in this cases were profiting off myself and my children in unimaginable ways and were violating the basic human rights of myself and my children. I do believe this was done for profit and control.

Also at this time, I began to have more false allegations against me as well as false affidavits filed in the case with my son. Chris Pfanstiel was willfully and knowingly doing so. I believe Chris Pfanstiel was using these tactics for profit and what he believed was for political gain. My son's great uncle was a retired Cook county deputy sheriff and he was participating in this conduct. Judge Mark Ashford was as well. The strange thing about this is I was making everyone aware my son could go to Chicago with his mother when I somewhat recovered and her parents left as long as I had some reassurance I would be able to see him if I could not afford to pick him up.

Judge Mark Ashford's court reporter began changing my court transcripts and was signing orders claiming I was violating child support orders and my child support was not even close to overdue in that case. I was only ordered to pay fifty dollars per month with my son and it was not overdue yet I was served with papers claiming it was. These things were common during this entire case.

At that point I had no place to live and my Child support order continued to accumulate with my daughter and the case with my son was so overwhelming. I found a place to live by finding house that was abandoned due to foreclosure. I started a lawsuit to live in the house and initiated a suit against CITI GROUP and AMRO that is part of another legal action. The Douglas County judge in that case fabricated evidence with an attorney by the name of Dustin Kessler at the Douglas County Courthouse. The head of security was present and his name is Lieutenant Scott Lane as well as several security officers. I attempted bring a recording device in the court room the day this happened and at that time 2 security officers attempted to tackle me in the court room. The recorder then flew out of my pocket. The court reporter witnessed all of this and seemed shocked. I looked at her and laughed. Obviously, that case was fabricated against me as well. That is another matter that I plan on filing in Nebraska Federal Court. I made sure that people knew about the mortgage and securitization fraud that was rampant in this country at that time, not only in my case, but as many cases as possible.

Once the case involving my son became overwhelmingly and obviously rigged, I began to realize how dire the situation was. At that time I began to contact every state agency in the State of Nebraska to get assistance with the corruption going on. I do believe this was happening so openly because my son's great uncle's was former law enforcement. I was completely ignored by everyone. I had contacted offices like the Judiciary Committee and most specifically the Court Administrators office. I did talk to Douglas Johnson about my transcripts being changed and he told me that there is nothing they could do

6

because I was imagining things and the court system does not do that. Even if that was the case, no one would investigate. At that time, the head of the judiciary committee was Brad Ashford, the judges brother.

As I stated before, I was telling everyone that I will allow my son to leave as soon as her family actually moves to Chicago. This was strange to me. I do now know that it was because people were conspiring to abduct my child over a period of time. It became obvious to me at a later that my son's mother did not leave until her parents moved anyway. Or, at least that is how it appeared. She was not ever where she stated as far as I could ever tell.

Acts of intimidation and threats by different law enforcement agencies began. I believe it was an attempt to end my life financially and end the relationship between my children while at the same time, making a profit. Some of these are parts of different legal matters that will be filed. I was put under extreme duress and acts of coercion were again used.

I did contact Scott Lane about the corruption with my son because he approached me before and asked me why I was looking for the information I was looking for. He began to smile at one point and agreed that the court system is not what most people think. Scott said he would make some calls and have someone help me. All that happened was a security guard came into one hearing but actually was not present because he waited in the judges office area.

My court transcripts were continued to be modified and eventually everyone tried to convince me that my case was going to be ok with my son. At the end of the case Chris Pfasntiel submitted to me a order for Judge Ashford and myself to sign that had stipulations in it that were never discussed. I became extremely alarmed yet again. I told him about things in it to change and I got no response.

At around that point I took a position in Oil Exploration. At that point I was still being harassed by the Omaha Police, most notable a person who claimed to be with "Omaha Intelligence" a police officer who had told me they acted as a "liaison between themselves and the FBI." That officer was detective Todd McCaslin. Even to this day not one person that I have talked to in the police force has ever heard of that department including officer Moss who is in relations. When questioned about this "department" she stating she never heard of it and was uncomfortable answering any questions so please send an email. The contract in oil was brief. I did still have some medical complications and was still recovering.

At that time I did believe that my son was still living in Omaha. No information was given to me and I began to look for ways in each agency in the state of Nebraska to look into the cases with my son and daughter. I did contact the governor's office, the state patrol, the attorney general's office and they all told me that another office investigates these things.

I did contact the office's of each defendant named. I contacted everyone possible. Every single office had told me that another office investigated court cases and action involving corruption and children. Nobody in Chicago had seen or heard of my son. Omaha Police finally did show up to my mother's house with batons and became extremely threatening. They stated that I was being EPCed at UNMC. Once arriving

7

at UNMC I had a different psychiatrists who I believed were trying to force me to admit to "mental health issues".

I claimed several times all that needed to happen was to look into what is happening with my children. I began typing up a writ of habeas corpus and demanded to have a hearing. UNMC refused to notarize my writ and then I began continuing to leave several times. I then contacted social workers at UNMC and I could tell the man doctor looking into my case became alarmed.

One social worker finally did come into talk to me and said not to worry nobody can do anything and that I will get out just fine. It just takes a few days. I explained to him that Immediately the main doctor overseeing my stay looked scared and immediately said I can go. His exact words were "this is too hard for me". I did not know what that meant but assumed people were trying to cover up the fact everything.

I still had was given no information on my son's daycare, where he lived, and his daily routing. His mother still had a 402 area code phone number yet I believe I only talked to her on it once. I began using Neuro linguistic programming tactics including pain/and loss and sending web links to find that numerous people were opening the texts messages to that cell phone at different locations simultaneously and became extremely overwhelmed. No information was given in to me about daycare and specifics in the court order that was signed.

It is about this time that I became with a Group of Canadian Politicians. I was disgusted with the criminal acts against me and knew I needed to make a difference. They told me that they were focusing on different aspects of the American family court system and that I was needed. I did know the name of who I believed to be the Chairman. Other than that things were somewhat secret. We also, had plans to work with energy and technology systems that I was told are being covered up by our current government. I was not given any names and told that I was working with Navy seals and things of that nature. I was told that I had 2 particular task companions. One male in Ohio and one female overseas. We also were given jobs to force audits on different health and human services department.

None the less, I was able to obtain a contract in the Philippians that would pay 7500 dollars a month. Once I secured the contract I gave full disclosure to not only the state of Nebraska but both mother's of my children. The contract was with a person by the name of Nelson Briones with BRIONES PLASTIC RECYCLING CENTER for a deal I put together to ship plastics from China to the Philippians to be cleaned and recycled. I also worked with him on mineral exploration for a company called Crown Peak Mining Corp. I put everything together online while I recovered. At that time I still did not know how long I would live and just as before, I was told that I could return to work but I needed to take it easy. I worked from my mom's house and began to recuperate.

The deal was finally put together and I had to go briefly meet and ensure the deal between the buyer and the seller. I could not get a passport at this time because of my back child support that accumulated during my liver transplant. I called the child support office and I 100 percent gave full disclosure to numerous people within the department and I told them what was happening and how my child support was backdated. There was nothing they would do.

I talked to the Nebraska child support division and the federal guidelines to getting a passport you are to lower your child support to below 2,500 dollars. Numerous people within the child support office had assured me that if I made a payment I would be able to obtain a passport.

I do specifically remember having a detailed conversation about my situation and talking to someone who sounded like a kind older lady. I did not get her name. I believe she was in a department that handled liens. She specifically told me that once the payment was made they would let me go. I gave numerous people in the call center the names of everyone involved and I told both of my mother's children.

Every single party had full disclosure and the contact information of all people involved in this contract. I also tried contacting my case worker at the time and left a very large amount of messages yet they did not get returned. Child support case workers do not return phone calls very often. They claim they are not able to give out their last names as well. I was lead to believe everyone could be trusted and that people had the integrity to handle the situation properly.

At that time I received the money from a friend. Once I made the payment I applied for the passport. I was only going to be there for a very brief time and the amount of money I obtained was just enough to get pay the child support and get my plane ticket as well as a few meals and a couple nights stay.

Payment was made for the child support, then did apply for the passport. When I was ready to leave I received notice the state of Nebraska denied my passport. I was accidently given the wrong information and that I needed the full amount.

I became extremely overwhelmed and I tried showed my daughter mother the papers and she said that "Terry tells her what to do" and so I contacted the law office of Terry Poppe. He began to become extremely threatening over the phone and I began to laugh at him. Terry began to make statements that they had connections. He then had his partners try to start to taunt me. I started to call his office repeatedly. At that point I took out a Facebook page on the corruption committed by his law firm. Almost instantly it took off as far as views. This instance did cause harm to my children.

I went to his office to show him all my paperwork but he would not come out. I demanded that his secretary call the police and she did. Terry came out of his office while the police were on the way and ran into the corner gas station by his office. I followed him and attempted to showed him the paperwork yet he ran into the gas station.
About that time my child support case worker assigned to my child support case decided to call me back. I became baffled and told her about what Terry Poppe had said. She asked if I was recording the calls. I lost my contract and 7500 dollars per month in which at least 3500 would go to myself in my children.

Also, during the time previous to this I was having visitation with my son but was given no information as far as where my son was actually located. People associated with my son's family became present at one of my son's exchanges and tried to use intimidation against me. Why, I still have no idea. I ignored it completely. My brother and my brother in law were present and my brother in law called him something like a jackass. Right after that I received an email from my son's grandpa stating "the exchange went well".

9

Shortly after, I lost all contact with my son. I had no money to pick him up and I was soon have no place to live. At that point I waited and heard nothing about what could be done with my children. At around this point I did 100 percent know that the court case with my son was a conspiracy to abduct him. I also seen Judge Mark Ashford on the street in downtown Omaha.

Around this time and he was acting strange. He was looking for doors to run in to. He could not find any doors and started looking up at the sky. I went up to him and shook his hand. I did at this time believe, because of the judge's actions, that he was trying to avoid me because he knew he was guilty in the case with my son.

Once situation with the Omaha police and the brutality video was starting to escalate, I did send a link to an "anonymous" video to my son's mother and she instantly responded via email. This was weird because she was avoiding any communications. At this time an unarmed man was shot a short location from me by the Omaha police and also there was someone down the street parked in the middle of the street who was staring at me as I was walking. I approached him for two blocks and the car just waited there and I approached him walking down the middle of the street. I was staying with my mother at this time and I had to sell my car to provide food for myself.

I then purchased between 1300 and 1700 Facebook likes for the Facebook page entitled FTP Omaha. The press did then start to pay attention to that group of protesters. I believe the Omaha Police were trying to act like members of anonymous and instead of protesting, they were in fact trying to make people go to picnics. That was extremely strange but it is common for police to try to divert public attention from real issues.

I purchased roughly 1700 Facebook likes for the Facebook page FTP Omaha. I also built up Facebook page of a person running for mayor to show a more even spread. I began to use tactics to figure out what was going on with the protests and had found out that the Omaha Police and/or the FBI had possibly tried to disrupt the police protests. Also, the anonymous video that was posted and sent to the press seemed like it was from the police themselves. acting as the hacker group "anonymous" and immediately went to Shannon Anderson to have her inform the governor and see what was going on with my claim.

At that time, yet again, I began contacting every single agency in the State of Nebraska that had a phone number and began telling my story. I needed someone to look into these acts with my children. Each office told me that I needed to contact another department and finally nobody would take my calls. I contacted The Attorney General's office, the Judiciary Committee, the Nebraska State Patrol and the FBI among many other offices. At that same time no one would tell me the location of my son. I was extremely fearful for him and his sister was having extreme issues because of his disappearance. I did contact the offices of each defendant named. Each one giving a different story.

Shannon would not tell me what was going on with my case and who was looking into it. I sent her and I kept being adamant on getting the proper claim forms if that would not work and to have people look into

what happened with my court cases and my claims. Shannon first gave me a fake location to get a claim form. Then I return and stated the ladies at that office had no idea what she was talking about.

Shannon then called security telling them I was making people nervous. I was doing no such thing and the only person that was nervous was her because she was refusing to give me the proper information. I was very calm and caring the entire time. There was a woman next to me that was shaking her head at and began to cynically laugh at Shannon because she witnessed what Shannon was stating and how she was lying and refusing to tell me how to file a claim.

Security came and I nicely told them that I will leave once I get the claim forms and proper information. She said just give her a statement on what happened, that is all it is. I said something to the fact that I have been in contact with her for a very long time and she did receive my claim via email. On that email I asked for roughly 5 million dollars to be dispersed between myself and my children and immunity for my children's mother's because the state of Nebraska encourages these actions.

To my knowledge the claim was not submitted and no one has obviously looked into the cases with my children.

I was left to live on the streets once again. I had no way to eat except a Christian organization that gives out food every 2 weeks. Shortly after I did contact my cousin who was just caught with meth and using prostitutes by his girlfriend. I did not know the situation however he was also with a person who was just caught assisting in bank robbery and was being investigated for drug sales . This person told me he was aquatinted to Octavious Johnson. I forced to try to survive and eat. I was again dying and no one would assist me. UNMC told me to go to a homeless shelter and Nebraska would give me no assistance,

Shortly there after I, yet again, began to have malicious attacks against me by Nebraska employees and law enforcement officials in which I believe are efforts to sabotage my name and to suppress the amount of corruption in this state. I was 100 percent certain that people were trying to end my life by depriving me. Also, I did in fact find out that my cousin was an informant for the police. That would not be an issue except because from what he told me, I did find out he was lying to them. During my short stay with him I gave him information on how to start a company. I was trying to sell lights for money and I was going to build up the electronic cigarette company. Once my cousin got specifics of how to run the company he began to lie to the police and try to have me forced out of his house.

He tried lying and saying I just arrived however I was able to prove that I stayed at that house long enough to meet statutory requirements that he would have to evict me. During this time he had given his email password to me and wanted me to email possible clients for him. At one point I did see that he was visiting another prostitute and knew I was in a horrible situation. My cousin also told me he recorded me doing cocaine and that he thought I was mentally ill. I had to resort to making money in less that honorable way just for a small amount of food. That is how dire the situation was.

I left that situation and then he told me that he told the police I hacked his email and said the company is his and I am to leave it alone because "he had everything he needed". I have never in my life hacked another person's email account. At that exact same time, someone was sending me Facebook messages

11

from the vcig Facebook page that I did and do believe were to be affiliated with the police. The messages I were receiving were things I told the law firm of my son's mother and papers to the judge in my son's case about INTERPOL relating to child abduction. At this exact same time the protest groups in Omaha were experiencing the same attacks.

I finally did get a series of contracts and with my old company. I started working and providing for my daughter as much as possible. I sent checks to my son that were never cashed. I informed them that I was recovering and that I needed time.

I told the case worker at the time that my friends were trying to help me. I did not have a permanent residence and I was trying to deal with the situation with my son as well and I just got a house. I feel I was forced to make that payment again and it completely destroyed any chance to deal with the issue with my son.

At about that time as well, I started to talk to Ryan Lewis via text message and asked him where my son was and how to deal with the issues. He lead me to believe he was still representing my son's mother. Ryan Lewis asked me what needed to be done and how he could help. I told him about the tactics I used and how I used forms of NLP (Nuero Linguistic Programming) and how I got some of my tactics from a book called power vs. force and when dealing with police and law enforcement I tried to match a certain level of awareness. I explained to him that I moved people by force to find out what was going on.

I sent him pictures of my plans and then he started to get enraged. I started to explain things to him and told him that well first your law firm set up a court cases against me but also it was how I connected the dots. I explained that I just say as much as possible to get people to talk. It is how I know that my son's family was still talking to them. It is also part of how I gathered information. Ryan was clearly becoming more enraged. He kept saying "be a man" and "so much hate". At that point I became extremely confused. At the same time I was texting a woman that later I found out we both knew. He started texting me to "be an man" and "get over it" I said things like "what are you talking about lol?"

He kept saying "get over it". I had no idea what he was talking about . I thought he was trying to destroy my character, yet again. At some point during my conversation with the woman I was texting we started to talk about Ryan Lewis because I was simultaneously texting him and her.

The Woman had called him a dueche bag and he then became even more enraged. I said are you talking to ""Summer" lol? He said "yep!". I said "Were you talking about "Janice" or "Summer"? I kept saying "lol" and then told him the truth about how I learned my tactics and how we referred to ourselves as SWAT and that I was involved with navy seals and things of that nature.

I started to piece things together how some of my former friends were connected to my son's family. I started to use NLP on my former friends. Some of these very same friends were involved in stealing my ideas. At that time one of them called me that every one seen my emails. He also told me that people thought it was weird when I tell people thank you for being there for me all the time. I just told him, well I died and I really don't care what people think. My former friend began to slander my name.

12

Roughly the day that the Mayor of Omaha signed an executive order for a review board of the Police to be started the Chief of Police sent me a letter releasing all evidence against me to come pick up.

I lost complete contact with my son and continued to use NLP and tracking tactics. During this time I continued to try to assist with the corruption in Nebraska including the prison system scandal. I do believe that Brad Ashford and his brother are corrupt to the core and I began to attempt to assist in issues like the Nebraska Prison system scandal in which I used more NLP and communication tactics. During this time, I contacted my son's aunt, Lauren Errico, and I began telling her I needed to know where Kayden was and how he was doing. I told her she had an obligation to find out what was going on. I then copied her on different communications that I believe were getting back to Brad Ashford involving the prison system scandal.

At the time My son's mother filed another protection order against me in Will County that had false and fabricated information in it. The majority of the statements in there was half truths and a lot of information was misleading. I did not technically have a permanent residence at this time and needed to deal with these issues. Shortly thereafter I happened to see Chris Pfanstiel driving. Once he seen me, he began to flee. I did not know what that was about yet I needed to deal with the issues regarding my son so I began to follow him. He then would stop at red lights and behaved extremely bizarrely. He would not pull up to the lines that you stop at and his facial expression look as if he was scared.

As Ryan Lewis just previous to this lead me to believe that he was still representing my son's mother at this time, I went into the law office of Lewis Pfanstiel and Reed. I needed to deal with these issues and with the situation with my son. Right when I walked into the office I seen Chris Pfanstiel. I told him to come here and he walked down the hall and tried to choke me and push me out of his office. I immediately slapped his hands down away and pushed him off me. I pointed at the phone and told him to call the police. Chris then called the police. Chris became noticeably alarmed and put a stocking hat on and rushed outside. I waited for the police. I had talked to the sheriff previously who was trying to serve me the protection orders and told them I did not technically have an address at that time. The sheriff told me when the police were contacted they would serve me. Chris Pfanstiel, just as my son's mother then told the police that they have not spoken to anyone in that family a very long time . That is 100 percent a lie and provable in every single way. I did not understand what was going on and I am sure now that they are willfully involved in Child abduction. I also know this was a lie because just around that time Lauren Errico became friends with Chris on Facebook.

Even in the protection order my son's mother had placed against me in Will county she claimed she had not talked to them in years however when I used NLP and pain and loss tactics on the law office before I would get calls from her alleged cell phone number but no one would say anything. Then Ryan Lewis just previously tried to convince me they were.

. One night, shortly after Lauren Errico filed the protection order, I seen her name on former friends phone as they were texting, Earlier in the day people were talking about a girl who had a threesome with them in the house and was known for being fun and having sex with multiple men several times. Lauren had a history of doing this. When I seen her name on the phone I did make my friend call the number and

give me the phone. I said to her "hi Lauren where is Kayden?". I said this is "Dusty and this is my house." She was baffled.

I then did learn that she did in fact have sexual intercourse with different individuals at that house I was staying at different times. I was absolutely baffled at these coincidences. Lauren had a past of having sex with my former friends as well.

I then talked to another person who was leaving the house that morning and stated that he seen a girl and a man passed out in a car at sun up. She was sleeping with man in the car and all the car doors where open. I said yes, that is Lauren Errico and she is the girl who filed the false protection order against me claiming things like I was mentally ill.

Roughly the next night she called me and made threats to me. She stated that I would never see my son, first because he does not want to see me. Second she said that it costs way too much money. I told her that I was getting my company put back together and that I will end up suing to see Kayden. She said that is not going to happen my company is fake. Then she called me fucking disgusting for some reason and then she 100 percent without a doubt started to fake cry and claimed "she is so fucking scared of me." I hung up the phone because god only knows what that meant.

I then texted her about the protection order she filed against me and I reminded her that she cannot file protection orders like that especially claiming that I was mentally ill and she had an opportunity to verify everything before she filed them and choose not to. I was sick of being lied about. I needed to see my son. I then text her I am giving her some time to work it out so I can see Kayden. She texted me she needed time to think about it. I waited a short time and I told her forget about it I am going to sue. She then text me "understood".

Lauren Errico proceeded to call and text people making more fake claims about me. She was telling people not to be around me because I am fake and that they better not associate with me because I will end up ruining their lives because I am lying to them. She also starting having one of her friends text my friend and Lauren was claiming I would not leave her alone and I text her sister hundreds of times a day. What she failed to leave out was that her Uncle, a retired Cook County deputy, assisted in fabricating the court cases against me involving my son. She lied, just like her entire family.

I continued to contact the FBI and contact the Frankfort and Omaha Police in attempts to get the contact information of each person who works for them and how they operate. Shortly after this I was with a young woman by the name of Ciara and I had just pulled into the house and we seen a large amount of Police and sheriff officials surrounding the house.

We did not know what was going on and did not believe that they were at that house. We then soon seen two officers come around the house and approached us asking for identification. We both began to ask what was this all about. They would not tell us. Ciarra and myself kept asking what are you wanting the identification for? They asked me if I was Dustin Croghan and I said yes, they then asked if I was ok. I said "of course". I then put it together because I knew this was another act of retaliation and fear tactic that has been used on me for years.

I told the police I knew that this was because the court case with my son was fabricated. They wished me good luck and were extremely polite. Something I have never witnessed with a police force in my life. I then contacted one of the officers afterwards and briefly told him about my son. He said he believed me. I believed that county and those police were not corrupt and was relieved.

Right after that, I became informed that several Omaha police went to my mother's house "looking for me" when they knew I did not live there. I took this as another act of harassment and intimidation. Something that I was become very sick of happening.

Around this time, Chris Pfansitel and the law firm of Lewis Pfanstiel and Reed began to attempt to cover up all the corruption and all the allegations against them from a vast amount of people that they formerly ripped off.

Ryan Lewis has accusations from mothers of children with Down Syndrome that he took their money yet he claims to help children in the Make a wish foundation. They had claims against them on their Facebook page that they have ripped off people in law enforcement like 911 dispatchers. Chris Pfanstiel had 2 separate claims against him that he slept with his clients that since someone had blocked.

Chris Pfanstiel has had problems with his dogs being taken away yet he post pictures with pictures of dogs. He posted a picture of him on Facebook allegedly helping kids with Pheasants Forever and I do believe he told the head of that division to tell people he was the Vice president. He and was helping kids for years and when I called the head of the State Pheasants Forever chapter and no one has ever heard of him helping with anything and all of this is a desperate attempt to cover up the fraud they have committed.

Chris Pfasntiel had lied about other attorneys serving him papers and that was the only thing he was ever disciplined for to my knowledge and they are allowed to continue to represent people in this State. Chris openly has an extremely large amount of people who have reported his fraud, especially on a page that gives ratings and reviews of his conduct by clients. He has complaints against him for sleeping with former clients as well as stealing money. Some of the review descriptions became hidden once the firm tried to start covering things up yet the stars for the ratings still exist. they also took down their Facebook page in which a large amount of people complained about them.

During this entire time, I have stayed on people couches and started to rebuild my life yet again. I 100 percent pay for my daughter as much as I can and I did quit sending checks to my son's mother because, first... they are never cashed... Secondly I have no idea the location of my son.

During this time I have been focusing on Will county and the actions of Fraud and corruption going on in that specific county and some issues of the state of Illinois. I began to focus on what was going on with my son's mother's alleged phone that I had doubts she was in possession of. My focus was on the two judges that fabricated the warrant in Will County and what I found out from there was absolutely shocking. I then started what I called the Will County Advocacy Group. It can be found on twitter @WCAGILLINOIS. I do plan on filing Illinois Federal suit and continue to assist there.

15

Also during this time, I was told that it is possible that I would be having another child by a special education teacher who teaches school in Chapman Nebraska. She assisted kids with autism and such. Once hearing that, I felt an overwhelming since of unexplained emotions. Mistrust, things of that nature. I waited to hear if she was pregnant and then when we found out she was not I ended the relationship.

Finally I am in a place to where I can have a house for my children and my life was built up. I have during this time.100 percent supported my daughter I have helped purchase her braces and I have bought her shoes as well as paying for private volley ball team with the Lincoln Magic.

The month after I got a house. Child support had revoked my drivers license. Then I do believe 100 percent without a shadow of a doubt someone had contacted my contract holder and told them that I had no drivers license. I had absolutely no idea this was the case and even drove with my daughter. My drivers license was revoked because of Child support that the state knew I could not pay. I talked to attorney Sam Cooper about why my contract holder was notified and he told me "sometimes we call and verify employment." I am now unable to work. I cannot pay that amount and pay for my house and my contract is lost and my reputation has been yet again destroyed.

I would like to note this all happened within a couple days of making arrangement to deal with the issues in Will County and start to deal with the issues involving my son. I then was proceed to be told a series of different stories yet again by child support. I was told things like they don't contact employers to tell them drivers license were suspended, I just previously talked to a person by the name of Sam Cooper and when I had told him that someone had contacted my contract holder he said who had told me "they do contact employers" to verify employment. a woman at the call center told me This was about a week and a half ago or so from this date. I just got a recently got a place of residence and am getting, yet again, my life together yet another attempt to sabotaged it happened. Thank god everyone knows what this state has become and what I have been through. It is not just me, it is almost every single person involved in this state's family courts. It's disgusting and all of it is for profit and a way to retaliate against people who can prove alternative healing methods and free technology and energy systems.

I am being forced out of my house, I cannot pay my bills now and Child support is being used to destroy my liberty. I recorded the entire process that unfolded with my passport and it was almost identical this time as it was with my passport. People making false claims and telling me certain things with full knowledge this will destroy any attempts, yet again to take care of my children. The order that Judge Ashford signed may show that I have almost joint custody with my son yet it was designed to deliberately cover up child abduction by this state because my other child support order that is illegal is used to prevent me to see any of my children.

I would like to noted that the Will County judge, named Gavlin, who I was told initially signed my warrant in Will County, Illinois was served an affidavit stating that my case with my son needs to have everything looked into. The clerk's office in Will County tried to state that she did not receive the affidavit. Once I provided the tracking number that proved the Judge had seen the affidavit, the warrant date was changed and it was then claimed another Judge by the name of Kinney had signed the warrant. This is Child Abduction, yet again. The amount of Corruption in Will County is so extreme is seems

16

almost unreal yet thankfully it has been well documented by members of the Press. The Judge who now claims to have originally signed the warrant has verifiably and publically a terrible record. I started a similar online campaign and used similar tactics in Will County and am helping people there.

I have been deprived of basic human rights and almost each and every one of my constitutional rights have been violated. I am a party to those rights and so are my children. Claiming the State of Nebraska has my children's best interest at heart and continually allowing these things to happen and at the same time covering them up is one of the most atrocious monstrosities in American history. I have been lied to and about 100 percent had contracts sabotaged and it continues to happen. Even when I was a child I had numerous loved ones die right in front of me and I have had the same happen since and nothing compares to having my children stripped from me by fraud and corruption. The amount of money and time I have spent in my life defending false allegations and trying to be able to spend time with them and the things that have been stolen from me because of that is something so devastating that it cannot be explained by words. I have been in a constant state of duress and coercion since the day my daughter was born and it has only escalated. My children are constantly being used as toys. The facts involving my son is almost unbearable to me. My children are not profit for this state nor our government nor any other.

I have dedicated my life to the freedom of this country and will continue to do so. My life was given back to me to defend people from the very same acts that have been perpetrated against me. I love this country but more importantly, I love my children and I do care about the wellbeing of my children's mothers. I have made statements in my fact finding efforts that were full of emotion, there is no doubt and I do not deny that. However, I have never in my life harmed a woman or child and I have never in my life been "mentally" ill. these statements have been used and stated by employees and officials to cover up fraud that they themselves have perpetrated and been responsible for.

 Every single attorney and/or court that has accepted anything claiming otherwise, especially child support orders taking away more of my rights, has participated and knowingly perpetrated fraud against me. This is what our state has become.

Giving me no relief in these circumstances is more acts of abuse and denial of basic human liberties.

These people are not immune from prosecution or suit because they continue to criminally use his "power" and "knowledge" of how to fix cases in atrocious ways. I am not an attorney and I have been forced to file this complaint with no time what so ever as I currently have no employment and I am almost certainly facing eviction and now I have lost the chance to deal with the issue with my son once again Almost every single one of my constitutional rights, my basic human rights as a human being on this earth have been violated and ignored, I am a entitled too relief and at the very least 2 million dollar as well as each of my children.

The State of Nebraska's people are in a Complete state of depravity due to the rampant corruption and fraud. The state of Nebraska continues to participate in attempting to destroy anyone who speaks up against corruption and civil rights abuses. At the same time they continue to deprive the people of Nebraska basic necessities like food, and family.

against corruption and civil rights abuses. At the same time they continue to deprive the people of Nebraska basic necessities like food, and family.

There is a long history of fraud being committed in our state. One can simply look at the federal benefits the Health and Human services collects yet they have been audited and found guilty of Fraud and misappropriation of funds. Allegations are currently against them for depriving poor people of food benefits. It almost undoubtedly has to be true. There is no protection or value of human life in this state that I am aware of unless it involves a sufficient amount of money and/or state benefit.

With no disrespect to this court what so ever I would like to state that if our federal court system is in the identical state of corruption that our states is and this case is not allowed to be heard. I cannot be broken, I will continue to support the freedoms of this countries people and it will have little if no significance to me what so ever other than 100 percent prove in my mind and every single mind of the good people of this state that every single lawyer, judge, and attorney in this county is dedicated to the destruction of human life and family for profit and for greed. It will prove that there is a conspiracy of treason for profit.

Further affiant saith not.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

12/11/2014    Dustin Croghan

STATE OF NEBRASKA

COUNTY OF LANCASTER

I, the undersigned Notary Public, do hereby affirm that Dustin Croghan personally appeared before me on the 11th day of December 2013, and signed the above Affidavit as his free and voluntary act and deed.

Notary Public

GENERAL NOTARY-State of Nebraska
JOHNNY A CHACON
My Comm. Exp. July 17, 2018

## STATEMENT OF JURISDICTION

These claim arises under the Constitution, laws, doctrines, and treaties of the United States Jurisdiction in federal court is the only jurisdiction because of the rampant corruption within the State of Nebraska and

the vast amount of judicial officers, attorneys, public officials, and state employees. All administrative procedures have been exhausted.

## STATEMENT OF VENUE

Each and every claim does arise in Nebraska. Each and every party resides and does business Nebraska. Each and Every injury regarding this particular complaint occurred in Nebraska. Consider this a formal Request for a trial by a Jury. I believe I have exhausted every possible form of administrative procedure within the state of Nebraska.

## RELIEF

### DECLATORY

I pray for the court to award myself, Dustin Dale Croghan, 4 million dollars or the maximum monetary amount allowed by law for cases involving the states. I pray this court award ~~[redacted]~~ and E.C.G. K.M.E.C ~~[redacted]~~ 4 million dollars or the maximum monetary amount allowed by law for cases involving the states. each to be put into Croghan Children's Trust.

I pray this court award myself 100,000 dollars for time and expenses in defending myself against allegations and the time and expenses for attempting to maintain and defending my relationship with my children.

### INJUNCTIVE

I am asking for a grand Jury to investigate all cases and all parties involving my children for criminal acts committed against myself and my children and for a protective order banning the state of Nebraska from contacting or violating my rights and liberties again.

Dustin Croghan
2217 West 1st street
Grand Island, Nebraska
68803
402-618-2784

19