IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DUSTIN DALE CROGHAN**, on behalf of himself and his two minor children represent, K.M.E.C and E.L.G., <br><br>Plaintiff, <br><br>v. <br><br>JOHN BRUNNING, LIZ EBERLY, SHANNON ANDERSON, THOMAS PRISTOW, BYRON VANPATTEN, DENISE DREKE, PAUL D. MERRITT, JR., PATRICIA A. LAMBERTY, W. MARK ASHFORD, DOUGLAS JOHNSON, JOE KELLY, JESSICA MURPHY, SAMUAL JOHN COOPER, TERRANCE A. POPPE, M. SCOTT VANDERSCHAFF, RYAN JOHN LEWIS, CHRISTOPHER A. PFANSTIEL, NEBRASKA STATE PATROL, NEBRASKA STATE PATROL, TOM MCCASLIN, and OMAHA POLICE DEPARTMENT, <br><br>Defendants. | 4:14CV3238 <br><br>**MEMORANDUM AND ORDER** |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint will be filed without payment of fees.

DATED this 15th day of December, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge