IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DUSTIN DALE CROGHAN, on behalf of himself and his two minor children represent, K.M.E.C and E.L.G.,** | 4:14CV3238 |
| Plaintiff, | MEMORANDUM AND ORDER |
| v. | |
| **JOHN BRUNNING, et al.,** | |
| Defendants. | |

On March 11, 2015, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter. Accordingly,

IT IS ORDERED: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. A separate judgment will be entered in accordance with this order.

DATED this 7th day of May, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge